UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 9:24-cv-80359-RS

LAWRENCE FELTZIN,

    Plaintiff,

v.

COCO PLUM PLAZA LLC,

    Defendant.

_____/

**PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE**

Pursuant to Fed. Civ. P. 41(a)(1)(A)(i), Plaintiff, LAWRENCE FELTZIN, by and through his undersigned counsel, hereby gives notice of voluntary dismissal of this action with prejudice, as to Defendant, COCO PLUM PLAZA LLC.

Dated April 29, 2024.

    Respectfully Submitted,

    **GARCIA-MENOCAL P.L.**
    *Attorneys for Plaintiff*
    350 Sevilla Avenue, Suite 200
    Coral Gables, Fl 33134
    Telephone: (305) 553-3464
    Primary E-Mail: bvirues@lawgmp.com
    Secondary E-Mail: amejias@lawgmp.com
    aquezada@lawgmp.com; jacosta@lawgmp.com

    By: \_\_\_*/s/ Beverly Virues*_____
        BEVERLY VIRUES
        Florida Bar No.: 123713
        ARMANDO MEJIAS
        Florida Bar No.: 1045152

**THE LAW OFFICE OF RAMON J. DIEGO, P.A.**
*Attorneys for Plaintiff*
5001 SW 74th Court, Suite 103
Miami, FL, 33155
Telephone: (305) 350-3103
Primary E-Mail: ramon@rjdiegolaw.com

By: ___/s/_Ramon J. Diego_____
RAMON J. DIEGO
Florida Bar No.: 68920

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system. I further certify a copy of the foregoing was sent by CM/ECF to all counsel of record, this April 29, 2024.

Respectfully submitted,

**GARCIA-MENOCAL, P.L.**
*Attorneys for Plaintiff*
350 Sevilla Avenue, Suite 200
Coral Gables, Fl 33134
Telephone: 305-553-3464
Fax: (855) 205-6904
Primary E-Mail: bvirues@lawgmp.com
Secondary E-Mail: amejas@lawgmp.com
aquezada@lawgmp.com; jacosta@lawgmp.com

By: ___/s/ Beverly Virues_____
BEVERLY VIRUES
Florida Bar No.: 123713
ARMANDO MEJIAS
Florida Bar No.: 1045152