UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 24-80359-CIV-SMITH

LAWRENCE FELTZIN,

    Plaintiff,

v.

COCO PLUM PLAZA LLC,

    Defendant.

_____/

**ORDER OF DISMISSAL**

This matter is before the Court on Plaintiff's Notice of Voluntary Dismissal with Prejudice [DE 7]. Accordingly, it is

    **ORDERED** that:

    1.    This matter is **DISMISSED with prejudice.**

    2.    This case is **CLOSED**.

    **DONE AND ORDERED** in Fort Lauderdale, Florida, this 29th day of April, 2024.

_____
RODNEY SMITH
UNITED STATES DISTRICT JUDGE

cc:    counsel of record